JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPROPERTYSITES, LLC, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>1-PROP.COM, LLC, a corporation, JOHN SHAW, an individual, and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | Civil Action No. SACV10-1088-CJC(RNBx)<br><br>Honorable Cormac J. Carney<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Before the Court is the Joint Motion for Entry of Final Judgment (doc. # __ ) filed by Plaintiff EPROPERTYSITES, Inc. ("EPROPERTYSITES") and Defendant JOHN SHAW ("JOHN SHAW"). Pursuant to Rules 54(b) and 58 of the Federal Rules of Civil Procedure and the agreement of the parties, the Court enters judgment as follows:

In accordance with the agreement of the parties, the Court finds:

Plaintiff EPROPERTYSITES is a corporation organized and existing under the laws of the State of California, with its principal place of business at 31 Journey, Suite 200, Aliso Viejo, CA 92656. EPROPERTYSITES is engaged in the

business of designing, coding, producing, and maintaining websites that allow consumers to market real property over the Internet, which include the website www.epropertysites.com and the web pages registered at the United States Copyright Office with Registration Numbers PA 1-679-898 (hereinafter "'898 Registration"), PA 1-681-153 (hereinafter "'153 Registration"), and PA 1-681-155 (hereinafter "'155 Registration").  These Copyrights are collectively referred to hereafter as Copyrights-In-Suit.

Defendant JOHN SHAW is an individual who lives at 162 Bugle Lane, Mocksville, NC 27028 and has ownership and control of the contents of domain name www.1-prop.com.

The counts of the Amended Complaint arise under the Copyright Laws of the United States Title 17, United States Code, including 17 U.S.C.A. §504(c)(1), 504(c)(2) and 505.

The Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

Venue is proper in this district under 28 U.S.C. § 1400(b).

Effective June 9, 2010, Plaintiff obtained the '898 Registration from the United States Copyright Office.  Since the date of issuance, EPROPERTYSITES has been the owner of the '898 Registration.  The '898 Registration is good, valid and enforceable under law.

Effective June 11, 2010, Plaintiff obtained the '153 Registration from the United States Copyright Office.  Since the date of issuance, EPROPERTYSITES has been the owner of the '153 Registration.  The '153 Registration is good, valid and enforceable under law.

Effective June 11, 2010, Plaintiff obtained the '155 Registration from the United States Copyright Office.  Since the date of issuance, EPROPERTYSITES has been the owner of the '155 Registration.  The '155 Registration is good, valid and enforceable under law.

/ / /

/ / /

JOHN SHAW owns and operates a web site that when finished, enables consumers to market real property over the Internet, including the website www.1-PROP.com.

EPROPERTYSITES has alleged that JOHN SHAW infringed the COPYRIGHTS-IN-SUIT by his creation and ownership of the website www.1-PROP.com.

JOHN SHAW denies EPROPERTYSITES' allegations.

In order to resolve the disputes and disagreements between them, EPROPERTYSITES and JOHN SHAW have reached an agreement on all matters in controversy and requested entry of judgment on the terms and conditions set forth herein.

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that:

Defendant JOHN SHAW, his members, officers, agents, servants, employees, attorneys, affiliates, parents, subsidiaries, heirs, executors, administrators, successors, and assigns, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, are enjoined for as long as the COPYRIGHTS-IN-SUIT against JOHN SHAW are in force from:

(a) infringing, contributing to the infringement of, and inducing the infringement of any of the '898 Registration, the '153 Registration, and the '155 Registration except as expressly permitted in writing by EPROPERTYSITES;

(b) actively inducing infringement of the COPYRIGHTS-IN-SUIT by, without limitation, encouraging, or providing assistance to others in making, using, offering to sell, or selling within the United States, or importing into the United States, real estate websites; and

(c) supplying or causing to be supplied in or from the United States all or a substantial portion of the components of material from www.epropertysites.com

or from www.1-prop.com, where such components are uncombined in whole or in part, in such a manner as to actively induce the combination of such components outside of the United States in a manner that would infringe the COPYRIGHTS-IN-SUIT if such combination occurred within the United States.

1. To further this goal JOHN SHAW will submit any contemplated website additions, or changes to websites operated by JOHN SHAW that sell real estate, to EPROPERTYSITES for EPROPERTYSITES' written approval. EPROPERTYSITES AGREES TO RESPOND PROMPTLY AND REASONABLY TO ANY SUCH REQUEST FOR APPROVAL. There must be substantially similar content on the NEW WEBSITE for EPROPERTYSITES to demand deletion.

Any such websites that are published to the Internet without seeking the prior approval of EPROPERTYSITES will be deemed infringing and entitles EPROPERTYSITES to statutory damages of $5,000 USD (Five Thousand U.S. Dollars) per page of infringement. Assuming both parties agree.

This Court retains jurisdiction to enforce any and all aspects of this Final Judgment.

The Court denies all relief not specifically granted in this Final Judgment.

The Court determines that there is no decision upon a cognizable claim for relief and is a final disposition of all claims brought by EPROPERTYSITES against JOHN SHAW. There being no just cause for delay, the Court certifies this judgment as final in accordance with Federal Rule of Civil Procedure 54(b).

/ / /

/ / /

/ / /

All costs shall be taxed against the party incurring the same. Neither EPROPERTYSITES nor JOHN SHAW shall incur any costs from the court or anyone else in regards to this case.

DATED: October 28, 2011

_____
Honorable Cormac J. Carney
United States District Court Judge

**AGREED AS TO FORM AND SUBSTANCE:**

FISH & ASSOCIATES, PC

Dated: October 10, 2011         By: _____
                                    Andrew Mar, Esq.
                                    Attorneys for Plaintiff ePropertySites, LLC

JOHN SHAW

Dated: <u>August 25, 2011</u>        By: _____
                                    John Shaw
                                    Defendant in Pro Per

Submitted by:

Robert D. Fish (California State Bar No. 149711)
Mei Tsang (California State Bar No. 237959)
Andrew Mar (California State Bar No. 251587)
Fish & Associates, PC
2603 Main Street, Suite 1000
Irvine, California 92614-4271
Telephone:  949-943-8300
Facsimile:   949-943-8358

Attorneys for Plaintiff ePropertySites, LLC

John Shaw
160 Shallowford Reserve Drive
Lewisville, NC  27023
Telephone:  336-345-9306

Defendant in Pro Per